**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| JUSTIN MCDONALD, ANTHONY GROENEVELD, NATIONAL RIFLE ASSOCIATION OF AMERICA, FIREARMS POLICY COALITION, INC., and SECOND AMENDMENT FOUNDATION, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> COLONEL JEFFREY KATZ, *in his official capacity as Superintendent of the Virginia State Police*, JOHN L. LUMPKINS, JR., *in his official capacity as Goochland County Commonwealth's Attorney*, STEVEN CREASEY, *in his official capacity as Goochland County Sheriff*, AMY ASHWORTH, *in her official capacity as Prince William County Commonwealth's Attorney*, and GLENDELL HILL, *in his official capacity as Prince William County Sheriff*, <br><br> *Defendants*. | Civil Action No. 1:26-cv-01305 |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.1 of the Local Civil Rules of the Eastern District of Virginia, Plaintiff National Rifle Association of America ("NRA") discloses that it has no parent corporation. NRA issues no stock, and therefore no publicly held corporation owns 10% or more of its stock. NRA has nothing to report under Local Civil Rule 7.1(A)(1)(b).

Plaintiff Firearms Policy Coalition, Inc. ("FPC") discloses that it has no parent corporation. FPC issues no stock, and therefore no publicly held corporation owns 10% or more of its stock. FPC has nothing to report under Local Civil Rule 7.1(A)(1)(b).

1

The Second Amendment Foundation, Inc. ("SAF") discloses that it has no parent corporation. SAF issues no stock, and therefore no publicly held corporation owns 10% or more of its stock. SAF has nothing to report under Local Civil Rule 7.1(A)(1)(b).

Dated: May 14, 2026

Respectfully submitted,

*/s/ P. Thomas DiStanislao*

| | |
|---|---|
| David Thompson* | P. Thomas DiStanislao |
| Peter Patterson* | Michael H. Brady |
| William Bergstrom* | WHITEFORD, TAYLOR & PRESTON L.L.P. |
| COOPER & KIRK, PLLC | Two James Center |
| 1523 New Hampshire Ave., N.W. | 1021 E. Cary Street, Suite 2001 |
| Washington, D.C. 20036 | Richmond, VA 23219 |
| Telephone: (202) 220-9600 | Telephone: (804) 977-3300 |
| Facsimile: (202) 220-9601 | Facsimile: (804) 977-3299 |
| dthompson@cooperkirk.com | tdistanislao@whitefordlaw.com |
| ppatterson@cooperkirk.com | mbrady@whitefordlaw.com |
| wbergstrom@cooperkirk.com | |

*Pending admission *pro hac vice*

*Counsel for Plaintiffs*

2