**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

JUSTIN MCDONALD, ANTHONY GROENEVELD, NATIONAL
RIFLE ASSOCIATION OF AMERICA, FIREARMS POLICY
COALITION, INC., and SECOND
AMENDMENT FOUNDATION, INC.,

       *Plaintiffs*,

  v.

COLONEL JEFFREY KATZ, *in his official Capacity as Superintendent
of the Virginia State Police*, JOHN L. LUMPKINS, JR., *in his official
capacity as Goochland County Commonwealth's Attorney*, STEVEN
CREASEY, *in his official capacity as Goochland County Sheriff*, AMY
ASHWORTH, *in her official capacity as Prince William County
Commonwealth's Attorney*, and GLENDELL HILL, *in his official
capacity as Prince William County Sheriff*,

       *Defendants.*

Civil Action No.: 1:26-cv-01305

**SUMMONS IN A CIVIL ACTION**

To:        COLONEL JEFFREY KATZ
                7700 Midlothian Turnpike
                North Chesterfield, VA 23235

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States as described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        P. Thomas DiStanislao
        Michael H. Brady
        WHITEFORD, TAYLOR & PRESTON L.L.P.
        Two James Center
        1021 E. Cary Street, Suite 2001
        Richmond, Virginia 23219

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the court.

                                *CLERK OF COURT*

Date:    **06/04/2026**                        2026.06.04
                                                11:18:32 -04'00'
                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   **1:26cv1305**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____            _____
                                                   *Server's signature*

                                         _____
                                                   *Printed name and title*



                                         _____
                                                   *Server's address*

Additional information regarding attempted service, etc:

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

JUSTIN MCDONALD, ANTHONY GROENEVELD, NATIONAL
RIFLE ASSOCIATION OF AMERICA, FIREARMS POLICY
COALITION, INC., and SECOND
AMENDMENT FOUNDATION, INC.,

     *Plaintiffs*,

    v.

COLONEL JEFFREY KATZ, *in his official Capacity as Superintendent
of the Virginia State Police*, JOHN L. LUMPKINS, JR., *in his official
capacity as Goochland County Commonwealth's Attorney*, STEVEN
CREASEY, *in his official capacity as Goochland County Sheriff*, AMY
ASHWORTH, *in her official capacity as Prince William County
Commonwealth's Attorney*, and GLENDELL HILL, *in his official
capacity as Prince William County Sheriff*,

    *Defendants.*

Civil Action No.: 1:26-cv-01305

**SUMMONS IN A CIVIL ACTION**

To:       STEVEN CREASEY
           2938 River Road West, Building C
           Goochland, Virginia 23063

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States as described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

       P. Thomas DiStanislao
       Michael H. Brady
       WHITEFORD, TAYLOR & PRESTON L.L.P.
       Two James Center
       1021 E. Cary Street, Suite 2001
       Richmond, Virginia 23219

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the court.

                                 *CLERK OF COURT*

                                             2026.06.04
                                           11:20:32 -04'00'

Date:    **06/04/2026**                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  **1:26cv1305**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

JUSTIN MCDONALD, ANTHONY GROENEVELD, NATIONAL
RIFLE ASSOCIATION OF AMERICA, FIREARMS POLICY
COALITION, INC., and SECOND
AMENDMENT FOUNDATION, INC.,

              *Plaintiffs*,

     v.

COLONEL JEFFREY KATZ, *in his official Capacity as Superintendent
of the Virginia State Police*, JOHN L. LUMPKINS, JR., *in his official
capacity as Goochland County Commonwealth's Attorney*, STEVEN
CREASEY, *in his official capacity as Goochland County Sheriff*, AMY
ASHWORTH, *in her official capacity as Prince William County
Commonwealth's Attorney*, and GLENDELL HILL, *in his official
capacity as Prince William County Sheriff*,

              *Defendants.*

Civil Action No.: 1:26-cv-01305

**SUMMONS IN A CIVIL ACTION**

To:      AMY ASHWORTH
           9311 Lee Avenue, Suite 200
           Manassas, Virginia 20110

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States as described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      P. Thomas DiStanislao
      Michael H. Brady
      WHITEFORD, TAYLOR & PRESTON L.L.P.
      Two James Center
      1021 E. Cary Street, Suite 2001
      Richmond, Virginia 23219

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the court.

                                      *CLERK OF COURT*

                                         2026.06.04
                                       11:20:50 -04'00'

Date:    **06/04/2026**                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   **1:26cv1305**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

JUSTIN MCDONALD, ANTHONY GROENEVELD, NATIONAL
RIFLE ASSOCIATION OF AMERICA, FIREARMS POLICY
COALITION, INC., and SECOND
AMENDMENT FOUNDATION, INC.,

      *Plaintiffs*,

    v.

COLONEL JEFFREY KATZ, *in his official Capacity as Superintendent
of the Virginia State Police*, JOHN L. LUMPKINS, JR., *in his official
capacity as Goochland County Commonwealth's Attorney*, STEVEN
CREASEY, *in his official capacity as Goochland County Sheriff*, AMY
ASHWORTH, *in her official capacity as Prince William County
Commonwealth's Attorney*, and GLENDELL HILL, *in his official
capacity as Prince William County Sheriff*,

      *Defendants.*

Civil Action No.: 1:26-cv-01305

**SUMMONS IN A CIVIL ACTION**

To:        GLENDELL HILL
        9311 Lee Avenue
        Manassas, VA 20110

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States as described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        P. Thomas DiStanislao
        Michael H. Brady
        WHITEFORD, TAYLOR & PRESTON L.L.P.
        Two James Center
        1021 E. Cary Street, Suite 2001
        Richmond, Virginia 23219

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the court.

                   *CLERK OF COURT*

2026.06.04
11:21:04 -04'00'

Date:    **06/04/2026**

                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **1:26cv1305**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

JUSTIN MCDONALD, ANTHONY GROENEVELD, NATIONAL
RIFLE ASSOCIATION OF AMERICA, FIREARMS POLICY
COALITION, INC., and SECOND
AMENDMENT FOUNDATION, INC.,

       *Plaintiffs*,

    v.

COLONEL JEFFREY KATZ, *in his official Capacity as Superintendent
of the Virginia State Police*, JOHN L. LUMPKINS, JR., *in his official
capacity as Goochland County Commonwealth's Attorney*, STEVEN
CREASEY, *in his official capacity as Goochland County Sheriff*, AMY
ASHWORTH, *in her official capacity as Prince William County
Commonwealth's Attorney*, and GLENDELL HILL, *in his official
capacity as Prince William County Sheriff*,

       *Defendants.*

Civil Action No.: 1:26-cv-01305

**SUMMONS IN A CIVIL ACTION**

To:        JOHN L. LUMPKINS, JR.
        2938 River Road West
        Goochland, Virginia 23063

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States as described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        P. Thomas DiStanislao
        Michael H. Brady
        WHITEFORD, TAYLOR & PRESTON L.L.P.
        Two James Center
        1021 E. Cary Street, Suite 2001
        Richmond, Virginia 23219

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the court.

*CLERK OF COURT*

2026.06.04
11:21:19 -04'00'

Date:    **06/04/2026**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **1:26cv1305**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____  .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____  ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____  ; or

❐ I returned the summons unexecuted because _____  ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: