UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| JUSTIN MCDONALD, ANTHONY GROENEVELD, NATIONAL RIFLE ASSOCIATION OF AMERICA, FIREARMS POLICY COALITION, INC., and SECOND AMENDMENT FOUNDATION, INC., | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:26-cv-01305 |
| COLONEL JEFFREY KATZ, *in his official capacity as Superintendent of Virginia State Police,* JOHN L. LUMPKINS, JR., *in his official capacity as Goochland County Commonwealth's Attorney,* STEVEN CREASEY, *in his official capacity as Goochland County Sheriff,* AMY ASHWORTH, *in her official capacity as Prince William County Commonwealth's Attorney,* and GLENDELL HILL, *in his Official capacity as Prince William County Sheriff,* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## MODIFIED CONSENT MOTION FOR EXTENSION OF TIME

COMES NOW John J. Lumpkins, in his official capacity as Goochland County

Commonwealth's Attorney, and hereby moves this Honorable Court to consider entry of an

Amended Consent Order that provides Mr. Lumpkin's if obliged to respond to Plaintiffs'

Complaint on or before July 31, 2026.

Respectfully Submitted,
 JOHN L. LUMPKINS, JR., *in
his official capacity as Goochland County
Commonwealth's Attorney*

/s/ Daniel Poretz
Daniel Poretz, VA Bar No. 71372
dan@kingcampbell.com
King, Campbell, Poretz & Mitchell, PLLC
118 N. Alfred Street
Alexandria, Virginia 22314
Tel: 703.683.7070
Fax: 703.652.6010

CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of July, 2026, a copy of the foregoing was electronically served upon the following:

P. Thomas DiStanislao
Michael H. Brady
WHITEFORD, TAYLOR & PRESTON, LLP
Two James Center
1021 E. Cary Street, Suite 2001
Richmond, Virginia 23219
*Attorneys for the Plaintiffs*

Jeff W. Rosen
PENDER & COWARD, P.C.
222 Central Park Ave., Suite 400
Virginia Beach, Virgina 23462
*Counsel for Defendant Creasey*

Gretchen Nygaard
Deputy Attorney General for Civil Litigation
Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
*Counsel for Defendants Katz, Ashford, and Hill*

/s/ Daniel Poretz
Daniel Poretz