**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

<table>
<tr><td>

JUSTIN MCDONALD, ANTHONY
GROENEVELD, NATIONAL RIFLE
ASSOCIATION OF AMERICA,
FIREARMS POLICY COALITION,
INC., and SECOND AMENDMENT
FOUNDATION, INC.,

     *Plaintiffs,*

    v.

COLONEL JEFFREY KATZ, *in his*
*official capacity as Superintendent of the*
*Virginia State Police*, JOHN L.
LUMPKINS, JR., *in his official capacity*
*as Goochland County Commonwealth's*
*Attorney*, STEVEN CREASEY, *in his*
*official capacity as Goochland County*
*Sheriff*, AMY ASHWORTH, *in her*
*official capacity as Prince William*
*County Commonwealth's Attorney*, and
GLENDELL HILL, *in his official*
*capacity as Prince William County*
*Sheriff,*

     *Defendants.*

</td><td>

Case No. 1:26-cv-01305-LMB-WEF

</td></tr>
</table>

<u>CONSENT MOTION TO STAY</u>

    Plaintiffs Justin McDonald, Anthony Groeneveld, National Rifle Association of

America, Firearms Policy Coalition, Inc. and Second Amendment Foundation, Inc.,

by counsel, move this Court to stay all deadlines and proceedings in this matter until

the United States Supreme Court issues its mandate in both *Viramontes v. Cook*

1

*County, Ill.*, No. 25-238, and *Grant v. Higgins,* No. 25-566. Defendants consent to this request.

The reasons supporting this Motion are set forth in the accompanying Memorandum of Law.

Respectfully submitted,

*/s/ P. Thomas DiStanislao*
P. Thomas DiStanislao (VSB No. 90677)
tdistanislao@whitefordlaw.com
Michael H. Brady (VSB No. 78309)
mbrady@whitefordlaw.com
WHITEFORD, TAYLOR & PRESTON L.L.P.
Two James Center
1021 E. Cary Street, Suite 2001
Richmond, VA 23219
Telephone:    804.807.7380 / 804.977.3303
Facsimile:     804.977.3293 / 804.762.6864

*Counsel for Plaintiffs*

2