IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| JUSTIN MCDONALD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:26-cv-1305 (LMB-WEF) |
| | ) | |
| COLONEL JEFFREY KATZ, *in his official* | ) | |
| *capacity as Superintendent of the Virginia State* | ) | |
| *Police*, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is plaintiffs' Consent Motion to Stay, which asks the Court to "stay all deadlines and proceedings in this matter until the United States Supreme Court issues its mandate in both Viramontes v. Cook County, Ill., No. 25-238, and Grant v. Higgins, No. 25-566." [Dkt. No. 29]. Finding sufficient good cause, plaintiffs' Consent Motion to Stay, [Dkt. No. 29], is GRANTED; and it is hereby

ORDERED that all deadlines and proceedings in this matter be and are STAYED pending the United States Supreme Court's issuance of the mandates in both Viramontes and Grant, or until further order of this Court; and it is further

ORDERED that the parties file a joint status update and proposed schedule for further proceedings no later than 30 days after the mandates in both Viramontes and Grant have been issued, or upon further order of this Court.

The Clerk is directed to remove this civil action from the active docket of the Court and forward a copy of this Order to counsel of record.

Entered this 24th day of July, 2026.

Alexandria, Virginia

_____ /s/ _____
Leonie M. Brinkema
United States District Judge